IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
UNITED STATES OF AMERICA      *
                              *
     v.                       *       CR 121-007
                              *
APRIL NINA HAWTHORNE          *
```

O R D E R

Presently before the Court is Defendant April Nina Hawthorne's motion for time-served credit toward the computation of her federal sentence by the Bureau of Prisons ("BOP"). More specifically, she claims that the BOP has not given her credit against her federal sentence for the time she spent in county jail prior to her sentencing hearing.

A judicial challenge to the BOP's length of sentence determinations must be brought under 28 U.S.C. § 2241 in the district of the defendant's confinement. See Rumsfield v. Padilla, 542 U.S. 426, 447 (2004) ("Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement."); Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991). Here, Defendant is incarcerated in the Northen District of West Virginia. Accordingly, this Court is without authority to consider Defendant's motion.

Upon the foregoing, Defendant's motion for credit for time served (doc. no. 38) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of July, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA